UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

JOSE CASTILLO and JESSICA CABRERA,                   :        26-cv-3361 (SHS)

                               Plaintiffs,        :        ORDER

      -against-

                                                 :

WERNER ENTERPRISES INC. and SHEMAIH DEFOE,

                                                 :

                         Defendants.

-------------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     An initial pretrial teleconference having been held today, with counsel for plaintiffs present, counsel for defendants present, and counsel for plaintiff Jose Castillo on defendants' counterclaim present,

     IT IS HEREBY ORDERED that plaintiffs are directed to permit a downloading of the event data recorder of Jose Castillo's vehicle as part of the inspection of that vehicle by defendants with a date and time to be mutually agreed upon.

Dated: New York, New York
       May 18, 2026

                                      SO ORDERED:

                                         Sidney H. Stein, U.S.D.J.