UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Castillo, et al., <br><br>        Plaintiffs, <br><br>   -against- <br> Werner Enterprises Inc., et al., <br><br>        Defendants. | 26-CV-03361 (SHS) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated May 19, 2026 (ECF 8), Judge Sidney H. Stein referred this case to me for settlement.

A settlement conference is scheduled for **Friday, November 20, 2026 at 2:00 PM** in Courtroom 9B at 500 Pearl Street, New York, NY. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **October 5, 2026**, to propose three alternative dates and times for the settlement conference during the week of November 23, 2026.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **November 13, 2026**, at **5:00 p.m**.

If an attorney requires their electronics, the Electronic Device Order form needs to be emailed to TarnofskyNYSDChambers@nysd.uscourts.gov by **November 13, 2026.**

Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: May 19, 2026
    New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge